Por cuanto, en la moción del registrador que en efecto presentara solicitando la reconsideración, nada se explica en relación con la práctica seguida en los otros registros de la propiedad de la isla, ni en realidad se expone argumento nuevo alguno que nos haga variar de criterio:

Por tanto, se declara sin lugar la reconsideración solicitada.

Núm. 7874.—López, apldo. *v.* Asociación Fondo de Ahorro, etc., apltes.—C. D. San Juan. ▮▮▮▮▮ Noviembre 5, 1938.

Por cuanto, el 11 de octubre último se declaró sin lugar la solicitud de nuevo término para radicar la transcripción de evidencia en este caso, y

Por cuanto, pedida la reconsideración de esa orden, en la petición se exponen los méritos del caso, y

Por cuanto, si bien técnicamente procedería negar la reconsideración ya que es en ella y no en la petición original que se establece la verdadera base para el ejercicio de su discreción por parte del juez de turno, es lo cierto que esa base hoy existe, y

Por cuanto, la cuestión envuelta es nueva en esta jurisdicción y la justicia habrá de administrarse con mayor seguridad de acierto si se permite que la apelación pueda resolverse en sus méritos:

Por tanto, en el ejercicio de su discreción el juez de turno resuelve reconsiderar como reconsidera su resolución de 3 de octubre, dictando en su lugar otra por virtud de la cual debe conceder y concede un nuevo término que vencerá el 25 de noviembre actual para radicar la transcripción de la evidencia.

En los siguientes casos, a propuesta de sus distintos Jueces, el Tribunal declaró no haber lugar a las reconsideraciones interesadas:

Núms. 23[1], 25[1], 28[1], 31[1], 33[1], 1142[2], 1146[2], 7157, 7166, 7243, 7279, 7322, 7342, 7343, 7345, 7413, 7439, 7464, 7509, 7521, 7556, 7641, 7688, 7689, 7696, 7698, 7747, 7761, 7786 y 7803.

### (B) Desestimaciones

#### (a) En general

Núm. 7590.—Grey, et als., peticionarios; Ex parte Am. Colonial Bank & Trust Co. of P. R., aplte.—C. D. San Juan. ▮▮▮▮ ▮▮▮▮▮▮▮ Abril 1, 1938.

Visto el allanamiento de la parte apelante se declara con lugar la moción sobre desestimación radicada por la apelada y en su con-

---

[1] Recursos de Revisión.
[2] *Certioraries.*

secuencia se desestima el recurso de apelación establecido en este caso contra resolución dictada por la Corte de Distrito de San Juan en julio 19, 1937.

Núm. 7690.—ECHEVARRÍA & Co., aplada. *v.* SANCHO BONET, TES., aplte.—C. D. San Juan. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ Abril 22, 1938.

Núm. 7691.—MARQUÉZ & CÍA., aplda. *v.* SANCHO BONET, TES., aplte.—C. D. San Juan. ▆▆▆▆▆▆▆▆▆▆▆▆▆ Abril 22, 1938.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

A la moción de la parte apelada de abril 18 actual notificada en la misma fecha a la parte apelante, acompañada de documentación demostrativa de haberse declarado sin lugar por la Corte Suprema de los Estados Unidos el *certiorari* que invocó el apelante para oponerse a la desestimación del recurso solicitada por la dicha apelada por moción de enero 26 último, vista en febrero 17 siguiente y declarada sin lugar ''por ahora'':

Habiendo desaparecido el único motivo de oposición que existía ya que el caso debe regularse por el de *Valiente & Cía.* v. *Tesorero de Puerto Rico,* 50 D.P.R. 586, que queda en pie, debe desestimarse y se desestima el recurso, sin que haya lugar a imponer al apelante el pago de las costas y honorarios de abogado ante este Tribunal que solicita en su dicha moción de 26 de enero la apelada.

Núm. 7713.—DE JESÚS, aplte. *v.* RÍOS, apldo.—C. D. San Juan. ▆▆▆▆▆▆▆▆▆▆▆▆▆ Abril 29, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

POR CUANTO, según certifica el secretario de la corte de donde procede este pleito, la última prórroga que obtuvo el demandante apelante para perfeccionar su apelación expiró en 25 de noviembre de 1936 y desde entonces no ha practicado ninguna otra diligencia en relación con el recurso, ni solicitado nueva prórroga;

POR CUANTO, en 5 de diciembre de 1936 el apelante y el apelado transigieron por escritura pública sus mutuas reclamaciones en relación·con este pleito, obligándose el demandante apelante, entre otras prestaciones, a desistir del presente recurso y a radicar seguidamente el correspondiente escrito;

POR CUANTO, el demandado apelado nos pide ahora que desestimemos el recurso de apelación pendiente;